```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

OMAR CASILLA ARIAS
        Defendant.

-------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**

21 Cr. 218 (AT)

Defendant _OMAR CASILLA ARIAS_ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- ✓ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_/s/ Omar Casilla Arias (by me)_
Defendant's Signature

_[signature]_
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

_Omar Casilla Arias_
Print Defendant's Name

_Mure Erl_
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

4/22/21
Date

_[signature]_
ANALISA TORRES
United States District Judge