```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

OMAR ARIAS CASILLA,

                      Defendant.

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion to revoke the pretrial detention order. ECF No. 26. Accordingly, by **August 11, 2021**, the Government shall file its opposition papers. By **August 18, 2021**, Defendant shall file his reply papers, if any. The Court will hold an in-person bail reconsideration hearing in this action on **September 7, 2021**, at **11:30 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    Members of the press and public who are not able to attend the proceeding may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: August 3, 2021
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge