USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

OMAR ARIAS-CASILLA,

                Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 218 (__)(__)

Defendant **OMAR ARIAS-CASILLA** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Murat Erkan, Esq. o/b/o Omar Arias-Casilla_ [signature]                    [signature]

Defendant's Signature                                                        Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Omar Arias-Casilla**                                                       **Murat Erkan**

Print Defendant's Name                                                       Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_September 7, 2021_
Date

[signature]
_____
**ANALISA TORRES**
United States District Judge