USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Omar Arias Casilla        ,

                  Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

1:21 -CR- 00218 (A)(T)

Defendant __Omar Arias Casilla__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

AT/ Omar Arias Casilla
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Omar Arias Casilla**
Print Defendant's Name

_____
Defense Counsel's Signature

**Murat Erkan, Esq.**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_October 19, 2021_
Date

_____
ANALISA TORRES
United States District Judge