UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

OMAR ARIAS CASILLA,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2022
```

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **June 13, 2022**, the Government is directed to file a supplemental response to Defendant's reply brief, ECF No. 61.  The supplemental response shall (1) address Defendant's request for an evidentiary hearing on his motion to suppress, in light of the Government's representation that it intends to use the contested evidence at sentencing; and (2) respond to Defendant's arguments that the Court should not consider the contested evidence during sentencing.

      SO ORDERED.

Dated: June 6, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge