```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Omar Arias-Casilla            ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 218 (AT) (S1)

Defendant  Omar Arias-Casilla  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_X_  Felony Plea Hearing

/s/ Omar Arias Casilla (AT)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Omar Arias-Casilla**
_____
Print Defendant's Name

Murat Erkan
Digitally signed by Murat Erkan
Date: 2022.07.27 18:06:57 -04'00'
_____
Defense Counsel's Signature

**Murat Erkan**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

July 28, 2022
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge