UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR ARIAS CASILLA,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2022

21 Cr. 218 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The evidentiary hearing scheduled for October 3, 2022, is ADJOURNED to **November 16, 2022,** at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Further, the sentencing scheduled for November 30, 2022, is ADJOURNED to **January 18, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant's submission is due by **January 4, 2023**.  The Government's submission is due by **January 11, 2023**.

      SO ORDERED.

Dated: September 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge