```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v.-                        :    **PROTECTIVE ORDER**
                                        :
OMAR ARIAS CASILLA,                     :    21 Cr. 218 (AT)
                                        :
            Defendant.                  :
                                        :
- - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States of America, DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through Ni Qian, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio* v. *United States*, 405 U.S. 150 (1972), and the Government's general disclosure obligations or practices, relating to witnesses the Government anticipates may be called to testify at the *Fatico* hearing ("3500 Material"), made on consent, and based on the Court's independent review, it is hereby

      ORDERED that (1) defense counsel must destroy or return to the Government all 3500 Material (and any copies thereof) at the conclusion of the trial of this matter or when any appeal has become final; (2) the defense is precluded from disseminating any of the 3500 Material (and any copies thereof) to anyone beyond the

defendant, defense counsel, and any paralegal or staff employed by the defense.

Dated:   New York, New York
         September 26, 2022

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE