```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/22/2023
```

**Erkan & Associates, LLC**
ATTORNEYS AT LAW

300 HIGH STREET, ANDOVER, MA 01810
(978) 474-0054
FAX. (978) 474-0080
MURAT@ERKANLAW.COM
ERIC@ERKANLAW.COM

February 21, 2023

BY ECF
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Omar Arias Casilla, 21 Cr. 218 (AT)
     **Request for Leave to Late-File Opening Brief**

Dear Judge Torres:

The Defendant respectfully requests that this Honorable Court excuse the Defendant's late-filing of his opening brief. The brief was due on February 17, 2023. I completed and will file the Defendant's brief today, the next business day – February 21, 2023.

I was close to finishing the brief on the evening of February 17, 2023, but wanted to review it again with fresh eyes (and have my associate review it as well) to make sure it was of sufficient quality to submit to the Court.

I had hoped to file on time, but because of my schedule, was unable to. A family trip to the Seychelles consumed most of January and I ended up with a packed calendar through February. Last week, for instance, I had two cases go to trial that seemed unlikely to go forward. Several cases before the First Circuit and Massachusetts appellate courts have also come due more or less at the same time.

GRANTED. The Court will consider Defendant's late-filed brief.

SO ORDERED.

Dated: February 22, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge