UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR ARIAS CASILLA,

                         Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2023
```

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a hearing in this matter on **May 16, 2023**, at **2:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 27, 2023
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge