```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

OMAR ARIAS CASILLA,

             Defendant.

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for May 16, 2023, at 2:20 p.m. is RESCHEDULED to May 16, 2023, at 2:40 p.m.

    SO ORDERED.

Dated: May 9, 2023
       New York, New York

ANALISA TORRES
United States District Judge