```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/1/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR ARIAS CASILLA,

                    Defendant.

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for September 5, 2023, is ADJOURNED to **October 17**, **2023**, at **3:30 p.m.**

    SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge