UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

OMAR ARIAS CASILLA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2023_

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for October 17, 2023, is ADJOURNED to **October 31, 2023**, at **3:30 p.m.**

    SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge