```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

OMAR ARIAS CASILLA,

                    Defendant.

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for October 31, 2023, is ADJOURNED to **November 7, 2023**, at **11:30 a.m.**

    SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge