UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

OMAR ARIAS CASILLA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/19/2023

21 Cr. 218-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled in this matter for November 7, 2023, is ADJOURNED to **November 9, 2023**, at **11:30 a.m.**

SO ORDERED.

Dated: October 19, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge